# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GARNERO, LARRY A　　　　　　　　§　Case No. 13-45932
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $251,200.00　　　　　　　　Assets Exempt: $8,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,348.63　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $13,929.72

Total Expenses of Administration: $1,249.55

---

　　　3)  Total gross receipts of $　　4,598.18　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　　0.00　(see **Exhibit 2**), yielded net receipts of $4,598.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,249.55 | 1,249.55 | 1,249.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 17,278.35 | 17,278.35 | 3,348.63 |
| **TOTAL DISBURSEMENTS** | $0.00 | $18,527.90 | $18,527.90 | $4,598.18 |

4) This case was originally filed under Chapter 7 on November 27, 2013. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2015        By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking acct. - PNC Bank | 1129-000 | 100.00 |
| savings acct. - PNC Bank | 1129-000 | 125.00 |
| Household Goods | 1129-000 | 1,500.00 |
| 2009 Harley Davidson Road King FLHT | 1129-000 | 375.18 |
| federal tax refund (2013) | 1224-000 | 2,498.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,598.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER | 2100-000 | N/A | 1,149.55 | 1,149.55 | 1,149.55 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,249.55 | $1,249.55 | $1,249.55 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank Usa, N.A. | 7200-000 | N/A | 17,278.35 | 17,278.35 | 3,348.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $17,278.35 | $17,278.35 | $3,348.63 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-45932  
**Case Name:** GARNERO, LARRY A  

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 11/27/13 (f)  
**§341(a) Meeting Date:** 12/23/13  

**Period Ending:** 07/31/15  
**Claims Bar Date:** 08/15/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate - 1712 Larson Ave., St. Charles, IL | 242,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking acct. - PNC Bank | 100.00 | 100.00 | | 100.00 | FA |
| 3 | savings acct. - PNC Bank | 125.00 | 125.00 | | 125.00 | FA |
| 4 | checking acct.- PNC Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 6 | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 401 k -Dick's Sporting Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2011 Chevy Cruz LT | 7,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2009 Harley Davidson Road King FLHT | 7,000.00 | 600.00 | | 375.18 | FA |
| 10 | federal tax refund (2013) (u) | 2,498.00 | 0.00 | | 2,498.00 | FA |
| **10** | **Assets** **Totals** (Excluding unknown values) | **$262,423.00** | **$2,325.00** | | **$4,598.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to prepare Final Report.

**Initial Projected Date Of Final Report (TFR):** February 15, 2015     **Current Projected Date Of Final Report (TFR):** February 24, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-45932  
**Case Name:** GARNERO, LARRY A

**Taxpayer ID #:** **-***5013  
**Period Ending:** 07/31/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********89 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/14 | {10} | TREASURY, UNITED STATES | | 1224-000 | 2,498.00 | | 2,498.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,488.00 |
| 05/14/14 | | GARNERO, LARRY | Sale of personal property to Debtor | | 2,100.18 | | 4,588.18 |
| | {2} | | 100.00 | 1129-000 | | | 4,588.18 |
| | {3} | | 125.00 | 1129-000 | | | 4,588.18 |
| | {5} | | 1,500.00 | 1129-000 | | | 4,588.18 |
| | {9} | | 375.18 | 1129-000 | | | 4,588.18 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,578.18 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,568.18 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,558.18 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,548.18 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,538.18 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,528.18 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,518.18 |
| 12/23/14 | 3001 | ASSOCIATED BANK | Transfer to new acct. | 9999-000 | | 4,518.18 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,598.18 | 4,598.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,518.18 | |
| | | | **Subtotal** | | **4,598.18** | **80.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,598.18** | **$80.00** | |

{} Asset reference(s)

Printed: 07/31/2015 12:10 PM   V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-45932 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | GARNERO, LARRY A | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********34 - CHECKING ACCOUNT |
| Taxpayer ID #: | **-***5013 | | Blanket Bond: | N/A |
| Period Ending: | 07/31/15 | | Separate Bond: | $50,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 4,518.18 | | 4,518.18 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,508.18 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,498.18 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 4,498.18 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,518.18 | 4,518.18 | $0.00 |
| | | | Less: Bank Transfers | | 4,518.18 | 4,498.18 | |
| | | | **Subtotal** | | **0.00** | **20.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$20.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 13-45932 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | GARNERO, LARRY A | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****917066 - Checking Account |
| Taxpayer ID #: | **-***5013 | | Blanket Bond: | N/A |
| Period Ending: | 07/31/15 | | Separate Bond: | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 4,498.18 | | 4,498.18 |
| 05/12/15 | 20101 | THOMAS E. SPRINGER | Dividend paid 100.00% on $1,149.55, Trustee Compensation; Reference: | 2100-000 | | 1,149.55 | 3,348.63 |
| 05/12/15 | 20102 | Chase Bank Usa, N.A. | Dividend paid 19.38% on $17,278.35; Claim# 1; Filed: $17,278.35; Reference: | 7200-000 | | 3,348.63 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,498.18 | 4,498.18 | $0.00 |
| | | | Less: Bank Transfers | | 4,498.18 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,498.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,498.18 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********89 | 4,598.18 | 80.00 | 0.00 |
| Checking # ********34 | 0.00 | 20.00 | 0.00 |
| Checking # ****917066 | 0.00 | 4,498.18 | 0.00 |
| | $4,598.18 | $4,598.18 | $0.00 |

{} Asset reference(s)

Printed: 07/31/2015 12:10 PM  V.13.23